**Opinion issued November 30, 2023**



In The

# Court of Appeals

For The

# First District of Texas

—————————————

## NO. 01-23-00218-CV

—————————————

## IN RE CLARION ELECTRICAL, LLC, CLEAR COMPANIES, INC., AND CLEARWATER UTILITIES, INC., Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relators Clarion Electrical, LLC, Clear Companies, Inc., and Clearwater Utilities, Inc., have filed an unopposed motion to dismiss this original proceeding because the parties have resolved all issues and controversies.[1]

---

[1] The underlying case is *Jimena Jaime, Individually, on Behalf of the Estate of Deceased Minor Child, L.G., and A/N/F of Minor Children D.G. and E.G.*, cause number 2021-54932, pending in the 80th District Court of Harris County, Texas, the Honorable Jeralynn Manor presiding.

We grant the motion and dismiss this proceeding.  Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Hightower, and Guerra.